UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

WILLIE RUTH ASKEW

        Plaintiff(s),

v.

GEORGE MATICK CHEVROLET INC. and
OVERHEAD DOOR CORPORATION

        Defendant(s).
_____/

Case No. 4:16-cv-13148

Judge Terrence G. Berg

Magistrate Judge R. Steven Whalen

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, __GEORGE MATICK CHEVROLET INC.__

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐    No ☑

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name:
   Relationship with Named Party:

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ☑

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: September 21, 2016

/S/ KEVIN J. PLAGENS

P55992
KOPKA PINKUS DOLIN PLC
33533 W. TWELEVE MILE ROAD
SUITE 350
FARMINGTON HILLS, MI 48331
248-324-2620
kjplagens@kopkalaw.com